Before the Second Division, May 6, 1968

**No. P68/233.**—S. Hiller & Co. *v.* United States, protest 67/51138 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of disc tumbler padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.

Before the Second Division, May 7, 1968

**No. P68/234.**—Kinsho-Mataichi Corp. *v.* United States, protests 63/13158, etc. (New York).

Rao, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electrical tape, composed wholly or in chief value of vinyl material, similar in all material respects to that the subject of *Devon Tape Corp.* v. *United States* (57 Cust. Ct. 507, C.D. 2856), the claim of the plaintiff was sustained.